UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
_____

CORY HAMMOCK,

                Plaintiff

    -against-

MOVING STATE TO STATE, LLC,
and DOES 1-10,

                Defendants.
_____

**REQUEST FOR CERTIFICATE OF DEFAULT**

1:18-CV-05628-SJ-ST

TO:    DOUGLAS C. PALMER
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

        Please enter the default of Defendant, Moving State to State, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Tanner Bryce Jones, attorney for Plaintiff Cory Hammock.

Dated: November 13, 2018

                                                              Respectfully submitted,

                                                             /s/ Bryce Jones
                                                            T. Bryce Jones, Esq.
                                                           **Jones Law Firm, P.C.**
                                                            450 7th Avenue, Suite 1408
                                                           New York, NY 10123
                                                            (212) 258-0685
                                                           bryce@joneslawnyc.com
                                                           *Counsel for Plaintiff*