UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

_____

CORY HAMMOCK,

                       Plaintiff                                   **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE FOR DEFAULT**

       -against-

MOVING STATE TO STATE, LLC,                            1:18-CV-05628-SJ-ST
and DOES 1-10,

                       Defendants.

_____

      Tanner Bryce Jones, an attorney duly admitted to practice law in the courts of the State of New York and this Court, affirms the following to be true under the penalties of perjury:

      1.     I am the principal of Jones Law Firm, P.C., attorneys for Plaintiff Cory Hammock in the above-captioned action and, as such, I am familiar with the facts set forth below.

      2.     This action was commenced on October 9, 2018. An Affidavit of Service sworn to on October 21st, 2018 by Paul C. Vinelli attests that on October 18th, 2018 he served a copy of the Summons and Complaint, annexed hereto as Exhibit A, upon Defendant Moving State to State, LLC ("Defendant"), a New York Limited Liability Company, at its primary place of business located at 75-42 198th Street, Flushing, NY 11366 by personal service upon Natalie Schmid who is designated by law to accept service on behalf of Moving State to State, LLC. A copy of Mr. Vinelli's Affidavit of Service is annexed hereto as Exhibit B.

      3.     The time for Defendant, Moving State to State, LLC, to answer or otherwise move with respect to the Complaint herein has expired.

4. Defendant, Moving State to State, LLC, has not answered or otherwise moved with respect to the complaint, and the time for Defendant Moving State to State, LLC to answer or otherwise move has not been extended.

5. Defendant Moving State to State, LLC is a corporate entity. It is not an infant or incompetent, nor is it presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Plaintiff Cory Hammock requests that the default of Defendant Moving State to State, LLC be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: November 13, 2018

Respectfully submitted,

/s/ Bryce Jones
T. Bryce Jones, Esq.
**Jones Law Firm, P.C.**
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com
*Counsel for Plaintiff*