UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

_____

CORY HAMMOCK,

                Plaintiff                  **CERTIFICATE OF DEFAULT**

  -against-

MOVING STATE TO STATE, LLC,            **1:18-CV-05628-SJ-ST**
and DOES 1-10,

                Defendants.

_____

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Moving State to State, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Moving State to State, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

    November ___, 2018

                                                        DOUGLAS C. PALMER, Clerk of the Court

                                                        By: _____

                                                           Deputy Clerk