UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

CORY HAMMOCK,

                          Plaintiff,

v.

MOVING STATE TO STATE, LLC,
And DOES 1-10,

                          Defendant.

1:18-CV-05628-SJ-ST

## [PROPOSED] FINAL DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

This matter came before the Court on Plaintiff's Motion for Default Judgment and Entry of Preliminary Injunction against Defendant Moving State to State, LLC ("Defendant MSTS" or "MSTS"). Plaintiff has established the elements of their claims pursuant to: (1) the Carmack Amendment (49 U.S.C. § 14706 *et seq*.); and (2) the common law claims of conversion, breach of contract, and negligent misrepresentation. Defendant MSTS failed to appear, plead, or otherwise defend this action. Plaintiff is entitled to default judgment under Rule 55(b) and a permanent injunction.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Having reviewed the papers, declarations, exhibits, and memorandum filed in support of Plaintiff's Motion for Default Judgment and Entry of Preliminary Injunction, the Court hereby makes the following findings of fact and conclusions of law:

1. Defendant Moving State to State, LLC was properly served with Plaintiff's summons, complaint, and other pleadings in this action and were provided with adequate notice of

this action through means authorized by law, satisfying Due Process, satisfying Fed. R. Civ. P. 4 and reasonably calculated to provide Defendants with notice. Specifically, Defendant Moving State to State, LLC has been duly served by process and via e-mail to numerous addresses associated with their business.

2. Defendant Moving State to State, LLC failed to appear, plead, or otherwise defend against this action.

3. The time for responding to Plaintiff's complaint was 21 days from service of the summons and complaint, and more than 21 days have elapsed since Plaintiff effected service. The Clerk properly entered default pursuant to Rule 55(a) on November 21, 2018.

4. This Court has jurisdiction over the subject matter of this case and venue is proper in this judicial district.

5. Plaintiff is entitled to entry of judgment and a permanent injunction against Defendant Moving State to State, LLC.

6. The record evidence indicates that Defendant Moving State to State, LLC is not an infant or incompetent.

7. Defendant Moving State to State, LLC has engaged in acts that constitute conversion, breach of contract and fraud.

8. Further, Defendant Moving State to State, LLC is liable for the loss or damage to goods shipped in interstate commerce under the Carmack Amendment (49 U.S.C. § 14706 *et seq.*).

9. There is good cause to believe that, unless Defendant Moving State to State, LLC is restrained and enjoined by Order of this Court, immediate and irreparable harm will

result from the Defendant Moving State to State, LLC's ongoing violations. The evidence in the record demonstrates that Defendant Moving State to State, LLC has engaged in violations of the foregoing law by refusing to return Plaintiff's belongings upon Plaintiff's demands.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment and Entry of a Permanent Injunction is Granted, and that judgment is awarded in favor of Plaintiffs and against Defendant Moving State to State, LLC, and it is further ORDERED that:

10. A nationwide permanent injunction enjoining Defendant Moving State to State, LLC, and its owners, affiliates, subsidiaries, associates, directors, officers, agents, servants, employees, and all others under its control or acting in concert therewith or having knowledge thereof; from selling, destroying or otherwise disposing of Plaintiff's property is hereby entered;

11. A nationwide permanent injunction directing Defendant Moving State to State, LLC, and their owners, affiliates, subsidiaries, associates, directors, officers, agents, servants, employees, and all others under its control or acting in concert therewith or having knowledge thereof; to forfeit ownership and control of any property that was tendered to them by the Plaintiff;

12. Plaintiff is hereby awarded a judgment for compensatory damages for Defendant's breach of contract in the amount of $3,827.69, punitive damages for Defendant's negligent misrepresentation and deceptive business practices in the amount of $10,000, and Defendants are ordered to pay these sums, totaling $13,827.69, to Plaintiff within thirty (30) days of entry of this default judgment;

13. Plaintiff has put on competent evidence of attorney's fees and costs incurred in being forced to file this action and bring a motion for default judgment against Defendants; and

14. Plaintiff is hereby awarded attorney's fees in the amount of $22,716, and costs in the amount of $687, and Defendant is ordered to pay these sums, totaling $23,403, within thirty (30) days of entry of this default judgment.

15. Plaintiff is hereby awarded interest at the legal rate from the date of entry of this default judgment.

**IT IS SO ORDERED**

**Entered this _____ day of _____, 2018**

_____
**Judge Sterling Johnson, Jr.**
**United States District Judge**