**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORY HAMMOCK,<br><br>                           Plaintiff,<br><br>v.<br><br>MOVING STATE TO STATE, LLC,<br>STATE TO STATE MOVING NY INC,<br>STATE MOVING GROUP LLC,<br>MICKEY MILLER, NATALIE SCHMID<br>and DOES 1-6,<br>                           Defendants. | 1:18-CV-05628-SJ-ST<br><br>**TEMPORARY<br>RESTRAINING ORDER** |

Plaintiff Cory Hammock ("Hammock") applied to this Court for a Temporary Restraining Order. The application and accompanying documentation were presented to the Court at approximately 3:15 p.m., on January 4, 2019. This Court finds that immediate and irreparable injury, loss, and damage will result to Hammock if this Order is not granted forthwith, and that there is good and sufficient reason to enter this Order forthwith.

IT IS HEREBY ORDERED, until further order of this Court, that Defendants are restrained as follows:

1. Defendants are restrained from taking any action to auction, destroy, or otherwise dispose of any of Plaintiff's personal property (the "Property") in their possession or control, including any Property held by Defendants through a third party.

2. To the extent the Property is held by a third party, Defendants shall disclose to Plaintiff as soon as practicable and no later than by close of business on January 7, 2019, the name and contact information of any third party involved in the storage of the Property. Defendants shall disclose by same date the location, including address, where the Property is stored, if known.

3. Granting such other and further relief as this Court deems just and equitable.

This Temporary Restraining Order shall remain in force until a hearing regarding preliminary and/or final injunctive relief can be held in the United States District Court for the Eastern District of New York, on the 8th day of January, 2019, at 8:30 a.m. Failure to abide by this Order will result in sanctions.

It is further ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon the Defendants or their attorneys on or before January 4, 2019.

ENTERED this 4th day of January, 2019

_____
United States District Judge