FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 8 - 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORY HAMMOCK,

        Plaintiff,

        18 CV 5628 (SJ) (ST)

-against-

**TEMPORARY RESTRAINING ORDER**

MOVING STATE TO STATE, LLC, et. al,

        Defendants.
------------------------------------------------------------X

A P P E A R A N C E S

T. BRYCE JONES
450 7th Street
Suite 1408
New York, NY 10123
By:   T. Bryce Jones
*Attorney for Plaintiff*

JOHNSON, Senior District Judge:

    A hearing was held in the above-referenced action, on January 8, 2019, at which Defendants failed to appear.

    The hearing is hereby continued to January 9, 2019, at 11:00am in Courtroom 6B South.

    The order of January 4, 2019 enjoining Defendants from disposing of Plaintiff's personal property (See Dkt. No. 16, attached hereto) in any fashion shall remain in effect in its entirety.

Defendants are hereby notified that failure to comply with the January 4, 2019 order or the within order, including the direction to appear on January 9, 2019, may result in the imposition of sanctions by this Court.

SO ORDERED.

Dated: January 8, 2019
Brooklyn, New York

/s/(SJ)

Sterling Johnson, Jr., U.S.D.J.

P-049

2