# EXHIBIT A

Case 1:18-cv-05628-SJ-SJB Document 29-2 Filed 01/03/19 Page 2 of 2 PageID #: 385



**Bryce Jones <bryce@joneslawnyc.com>**

---

## Fwd: YOUR JOB NEED TO GET DELIVERED

**Jake** <coryj@aucegypt.edu>                                                          Thu, Jan 3, 2019 at 3:04 PM
To: Bryce Jones <bryce@joneslawnyc.com>

Bryce,

Please help me. I just received this from State to State and am now incredibly concerned that my items will be sold.

Jake
---------- Forwarded message ---------
From: **State to state NY Inc** <statetostateny@gmail.com>
Date: Thu, Jan 3, 2019 at 1:01 PM
Subject: YOUR JOB NEED TO GET DELIVERED
To: <coryj@aucegypt.edu>


HELLO MR HAMMOCK, I UNDERSTAND THAT YOU HAVE LAWYERS INVOLVED NOW WE NEED TO COME UP
WITH A RESOLUTION. WE HAVE TO SEND YOUR THINGS TO AUCTION IF WE CANT GET THIS SETTLED. A
LAWSUIT WILL BE PUT ON YOU AS WELL FOR NON PAYMENT. IF YOU WILL LIKE YOUR THINGS PLEASE CALL
BY TOMORROW OR THEY WILL BE SENT TO AUCTION AND A SUIT WILL BE SENT TO YOU
CALL 8335303599 THANK YOU