FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JAN 1 1 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CORY HAMMOCK,

               Plaintiff,

               -against-

MOVING STATE TO STATE, LLC, et. al,

               Defendants.
-------------------------------------------------------X

18 CV 5628 (SJ) (ST)

**PRELIMINARY
INJUNCTION**

A P P E A R A N C E S

T. BRYCE JONES
450 7th Street
Suite 1408
New York, NY 10123
By:    T. Bryce Jones
*Attorney for Plaintiff*

JOHNSON, Senior District Judge:

     A hearing was held in the above-referenced action, on January 8, 2019, at which Defendants failed to appear.

     A hearing was then set for January 9, 2019, at 11:00am in Courtroom 6B South.  Defendants again failed to appear.

     Plaintiff's motion for a preliminary injunction is GRANTED.  The terms of the January 4, 2019 and January 8, 2019 orders (precluding, inter alia, sale or

disposition of Plaintiff's personal property) shall remain in effect absent further order of this Court.

Plaintiff's motion for sanctions is GRANTED. The terms of the sanctions shall be set forth in a separate order from this Court.

SO ORDERED.

Dated: January 9, 2019
       Brooklyn, New York

/s/(SJ)

Sterling Johnson, Jr., U.S.D.J.

P-049

2