AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-05628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Moving State to State LLC.
was received by me on *(date)* 10/17/2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* (MANAGING MEMBER) Natalie Schmid , who is
designated by law to accept service of process on behalf of *(name of organization)* Moving State
to State LLC.  on *(date)* Thurs, 10/18/2018 ; or
75-42 198th St., Flushing, NY 11366        12:30 P.M.
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/2018

_____
Server's signature

Paul C. Vinelli - Process Server
Printed name and title

P.O. Box 1085, Bronx, NY 10471
Server's address

Additional information regarding attempted service, etc:

Paul C. Vinelli
Process Server
Dt/No: 102/2018

I also completed a USPS First Class mailing on: Sunday, 10/21/2018.

420806

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CORY HAMMOCK <br><br> *Plaintiff(s)* <br> v. <br> MOVING STATE TO STATE LLC and DOES 1-10 <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-05628 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Moving State to State LLC
                                                               75-42 198th Street
                                                               Flushing, New York 11366

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   T. Bryce Jones
                                                  Jones Law Firm P.C.
                                                  450 7th Avenue, Suite 1408
                                                  New York, NY 10123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **10/17/2018**

*Roseann Guzzi*

*Signature of Clerk or Deputy Clerk*

