1/11/2019, State to State Moving Group LLC – Nationwide Long Distance Movers

(http://state2statemoves.com/)

(http://state2statemoves.com/) (http://state2statemoves.com/)
(http://state2statemoves.com/)



# Make this the experience yo

## Make your move 100% stress free!

## (877) 411-0260

**START NOW (HTTP://STATE2STATEMOVES.COM/CONTACT-US/)**

# Create the moving experience you've always wanted!

*Whether you're moving a dorm room or a 5 bedroom house we've got you covered. With over 100 years of experience in the business there's no going wrong with us.*

*Moving is a simple 4-step process.*



**Book our service**



*Pack your goods*



*Move your goods*



*Safe Delivery*

# Our Services

*Wherever you are moving, we have the comprehensive moving services you need to enjoy a simple, safe and stress-free move. Let us take care of your move.*



### RESIDENTIAL MOVES

*State to State Moving Group is federally licensed to provide long-distance, interstate moving services to households moving cross country.*



### PACKAGING

*We offer affordable Service Packages to provide you with flexible options for enhancing your moving experience.*



### COMMERCIAL MOVES

*Did you receive a lump sum payment? We can customize a relocation package to fit your unique needs and budget.*



### STORAGE

*We maintain secure storage facilities across the U.S. for long-term needs. Our warehouses are inspected regularly to ensure they meet our high standards for safety, security, and cleanliness.*



### FURNITURE WRAPPING

*We will pad wrap and blanket wrap your furniture in our own quilted moving blankets.*



**RECYCLING**

*Environmental awareness is one of our core fundamental values. We provide recycling services and earth friendly packing materials for your move.*

# GET STARTED ON YOUR MOVE TODAY!

**FREE QUOTE (HTTP://STATE2STATEMOVES.COM/CONTACT-US/)**

# Why Choose Us?

With over 2,000 moving companies nationwide why choose us?

**FREE ESTIMATES**

*We provide FREE comprehensive moving quotes. Our trained relocation specialists will compile a detailed list of what you're moving.*

**24/7 SERVICES**

*Our legendary 24/7 customer service will be with you every step of the way. With real-time logistics tracking and state of the art coordination systems your move will be nothing short of flawless.*

**EXCELLENT TRACK RECORD**

*We know moving… With extensive knowledge of the industry and a stellar track record we have honored our promise of a stress free moving experience for many years.*

## REQUEST A QUOTE

NAME

EMAIL

MOVE FROM

MOVE TO

NUMBER OF BEDROOMS

SUBMIT

# Our Dedicated Team

*Our company is comprised of some of the best people in the industry. We seached for moving specialists who had been in the industry for years but were looking to work for a highly reputable company.*

## MICKEY MILLER
*Founder*

## KIRA ROMAIN
*Dispatch Manager*

## AMBER FOX
*Customer Service Manager*

## SCOTT FAIRWAY
*General Manager*

*What our customers think*

# Testimonials

*I used state to state last month. Another family member has used them several arrived promptly and was very careful. They are also reasonably pr*

*- Justin Eddison*

# (877) 411-0260

## GET A FREE QUOTE NOW!

START HERE (HTTP://STATE2STATEMOVES.COM/CONTACT-US/)

*Copyright 2019*