UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORY HAMMOCK,<br><br>                    Plaintiff,<br><br>        v.<br><br>MOVING STATE TO STATE LLC, NATALIE SCHMID, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, MICKEY MILLER, JOE MILLER and DOES 2-6<br><br>                    Defendants. | <u>NOTICE OF APPEARANCE</u><br><br>1:18-CV-05628-SJ-ST |

PLEASE TAKE NOTICE that JOHN J. THOMPSON an associate attorney at Jones Law Firm, P.C., hereby enters his appearance on behalf of Plaintiff Cory Hammock in the above-entitled action. I am admitted to practice in this court and my bar number is JT-7236. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Date: January 14, 2019

        */s/ John J. Thompson*
        John J. Thompson, Esq.
        Jones Law Firm, P.C.
        Attorneys for Defendants
        450 7th Avenue, Suite 1408
        New York, NY 10123
        (212) 258-0685
        john.t@joneslawnyc.com