**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORY HAMMOCK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOVING STATE TO STATE LLC, NATALIE SCHMID, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, MICKEY MILLER, JOE MILLER and DOES 2-6<br><br>　　　　　　　　　　　　Defendants(s). | 1:18-CV-05628-SJ-ST<br><br>**CERTIFICATE OF DEFAULT** |

　　I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants Natalie Schmid, State to State Moving NY Inc, State to State Moving Group LLC, Mickey Miller, and Joe Miller have not filed an answer or otherwise moved with respect to the complaint herein. The default of above-referenced Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

　　　　February 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER, Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　　By: _/s/Jalitza Poveda_

　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk