UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CORY HAMMOCK,

               Plaintiff,

                                                    18 CV 5628 (SJ) (ST)

   -against-

                                                    **ORDER**

MOVING STATE TO STATE, LLC, et. al,

               Defendants.
---------------------------------------------------------X
A P P E A R A N C E S

T. BRYCE JONES
450 7th Street
Suite 1408
New York, NY 10123
By:    T. Bryce Jones
*Attorney for Plaintiff*

JOHNSON, United States District Judge:

       On January 4, 2019, Plaintiff amended the complaint in the above-referenced action to add additional defendants (the "New Defendants"). The amended complaint was filed after Plaintiff moved for default judgment against defendant Moving State to State, LLC ("Moving State to State"). On January 17, 2019, the Court granted Plaintiff's motion for default judgment against Moving State to State and set March 7, 2019 as the date for a hearing on damages.

On February 20, 2019, the Clerk of the Court made an entry of default against the New Defendants. Judgment has not been granted against the New Defendants, nor a date set for a hearing on damages against them.

In the interest of judicial economy, Plaintiffs are directed to file a brief status report with the Court by March 4, 2019 indicating:

1. When, whether, and by what means Moving State to State was notified of the March 7, 2019 hearing on damages;

2. Whether Plaintiff intends to move for judgment and/or damages against the New Defendants; and

3. Whether, in Plaintiff's view, the March 7, 2019 hearing on damages should proceed, in light of Plaintiff's position on point (2), *supra*.

SO ORDERED.

Dated: March 1, 2019  
      Brooklyn, New York

                                          /s/  
                                 Sterling Johnson, Jr., U.S.D.J.