UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CORY HAMMOCK,<br><br>                              Plaintiffs,<br><br>     v.<br><br>MOVING STATE TO STATE LLC, NATALIE SCHMID, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, MIKE NADEL a/k/a MICHAEL NADEL a/k/a MICKEY MILLER, MICHAEL NADEL a/k/a MICKEY MILLER, YARIN NADEL a/k/a YARIN NAZEL a/k/a JOE MILLER a/k/a NEW YORK JOE, DOES 2-6, PRIME STORAGE JAMAICA LLC, and PRIME GROUP HOLDINGS, LLC,<br><br>                              Defendants(s). | 1:18-CV-05628-SJ-ST<br><br>**SUBPOENA** |

TO:    Prime Storage Jamaica, LLC
       109-09 180th Street
       Jamaica, NY 11433

       C/O Prime Group Holdings, LLC
       ATTN: Brianna Pearce, Chief Compliance Officer
       85 Railroad Place
       Saratoga Springs, NY 12866

In an action in this Court between Cory Hammock and Moving State to State LLC, a default judgment was entered on January 17, 2019 in favor of Plaintiff, Cory Hammock, and against Moving State to State LLC.

**YOU ARE HEREBY DIRECTED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below so

1

that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| | |
|---|---|
| Place: | Prime Storage Jamaica LLC<br>109-09 180th Street<br>Jamaica, NY 11365<br>Storage Units: 1031, 1032, 1014, and 1049 |
| Date and Time: | No later than April 15, 2019 at 3:00 P.M. |

**YOU ARE HEREBY DIRECTED** to answer in writing under oath, separately and fully, each question in the questionnaire accompanying this Information Subpoena, each answer referring to the question to which it responds; and that you return the answers, together with the original of the questions within seven (7) days after your receipt of the questions and this Information Subpoena in the stamped, self-addressed envelope enclosed herewith.

**TAKE NOTICE** that false swearing or failure to comply with this Information Subpoena is punishable as a contempt of court.

Dated: March 21, 2019
       New York, New York

_____
T. Bryce Jones, Esq.
Jones Law Firm, P.C.
*Attorneys for Plaintiff*
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com