**QUESTIONS TO BE ANSWERED BY THIRD-PARTY PRIME GROUP HOLDINGS, LLC (THE "COMPANY"), IN RESPONSE TO INFORMATION SUBPOENA**

<u>**Cory Hammock v. Moving State to State, LLC, et al.**</u>
<u>**Case No. 1:18-CV-05628-SJ-ST**</u>

<u>**QUESTIONS FOR THE COMPANY**</u>

1. List the full name, address, and any other identifying information in your files for the owner of <u>Storage Unit Number 1031</u> of your affiliate, Prime Storage Jamaica LLC located at 109-09 180th Street, Jamaica, NY 11365:

   ANSWER:_____

   _____

   _____

   _____

2. List the full name, address, and any other identifying information in your files for the owner of <u>Storage Unit Number 1032</u> of your affiliate, Prime Storage Jamaica LLC located at 109-09 180th Street, Jamaica, NY 11365:

   ANSWER:_____

   _____

   _____

   _____

3. List the full name, address, and any other identifying information in your files for the owner of <u>Storage Unit Number 1014</u> of your affiliate, Prime Storage Jamaica LLC located at 109-09 180th Street, Jamaica, NY 11365:

   ANSWER:_____

   _____

   _____

_____

_____

4. List the full name, address, and any other identifying information in your files for the owner of <u>Storage Unit Number 1049</u> of your affiliate, Prime Storage Jamaica LLC located at 109-09 180th Street, Jamaica, NY 11365:

    ANSWER:_____

    _____

    _____

    _____

    _____

5. List the amount of fees now due and owing on each of the following storage units at your affiliate's 109-09 180th Street, Jamaica, NY 11365 location:

| Unit Number | Amount of Fees Due and Owing |
|---|---|
| Unit 1031 | |
| Unit 1032 | |
| Unit 1014 | |
| Unit 1049 | |

7.      State the name, address, and position of the person answering these questions:

ANSWER:_____

_____

_____

_____

_____

State of _____

County of _____

Sworn to before me this                                    _____

                                                                                                       (the name signed must be printed beneath)

_____th day of _____2019

_____

Notary Public