T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm, P.C.

March 26, 2019
Senior Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hammock v. Moving State to State, LLC et al., 1:18-cv-05628-SJ-ST

Dear Senior Judge Sterling Johnson, Jr.:

Due to clerical error, the original filing of the letter motion for leave to conduct discovery made on March 21, 2019 lacked valid signatures on the letter. After contacting the CM/ECF help desk I was informed that docket entries cannot be edited without explicit permission from chambers. This new filing is intended solely to correct that clerical error and not to advance any new arguments or differ in any way from the motion papers filed in Docket Entry 29 other than as to the signature.

Respectfully,

/s/ Bryce Jones
T. Bryce Jones, Esq.
Jones Law Firm, P.C.
*Attorneys for Plaintiff*