John J. Thompson, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
John.t@joneslawnyc.com

**J O N E S**
Law Firm P.C

August 23, 2019
Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Hammock v. Moving State to State, LLC et al.*,
        No. 1:18-cv-05628-SJ-ST: <u>Status Report</u>

By Status Report Order dated July 18, 2019, the Court has directed us, counsel for the Plaintiff Corey Hammock, to file a brief status report with the Court by August 23, 2019. As part of a consent order filed in *United States v. Yarin Nadel et al.*, Civil Action No. 1:19-cv-01578-MKB-CLP, the directors and/or owners of Defendant Moving State to State, LLC recently delivered our client's property. These individuals did not wait for the Court to rule on the Plaintiff's Motion to Approve Consent Judgment (Dkt. No. 34) (requesting that the Court issue a proposed order allowing the Defendants to return the property at issue). The Court may find that this renders the motion moot.

Our client is now in the process of confirming that there are no missing or damaged items. Now that the status of the property at issue in this case has been resolved, we submit that the Plaintiff is prepared for a damages inquest. We also plan to move to amend the caption in this case (and/or move to amend the Complaint) to add Yarin Nadel and Michael Nadel as named defendants in this Action.

Dated: August 23, 2019                    Respectfully Submitted,

                                          John J. Thompson, Esq.
                                          Jones Law Firm, P.C.

450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
john.t@joneslawnyc.com
*Attorneys for Plaintiff*