EXHIBIT B

SECTIONS

**Our Best Offer SALE!**
$1 for 6 months

LOG IN

**Bronx boy's fatal collapse in school lunch line was a homicide caused by mother'…** 

**Dwyane Wade defends son's appearance after family photo** 

**Manhattan prosec… all charges a… Remy Ma**



NEW YORK

# Father-and-son owners of NYC moving company held customer belongings hostage, demanded tacked-on fees: feds

By **CARLA ROMAN** and **CHELSIA ROSE MARCIUS**
NEW YORK DAILY NEWS  |  OCT 29, 2019

  



Michael Nadel and son Yarin Nadel, of Fresh Meadows, are accused of a $100,000 fraud scheme for allegedly tacking on the unexpected fees, often upwards of 10% of the original estimate, authorities said. If customers refused to pay, the Nadels would threaten to sell or auction off their belongings. (Getty Images)

Movers, keepers.

The father-and-son owners of a shady Queens moving company were arrested Tuesday over claims they held customer belongings hostage while demanding exorbitant tacked-on fees, officials said Tuesday.

inRead invented by Teads

ADVERTISEMENT

Michael Nadel, 65, and son Yarin Nadel, 35, of Fresh Meadows, are accused of a $100,000 fraud scheme for allegedly tacking on the unexpected fees, often upwards of 10% of the original estimate, authorities said. If customers refused to pay, the Nadels would threaten to sell or auction off their belongings.

The Nadels solicited out-of-state customers making state-to-state moves through online ads, according to a civil complaint filed in March.

Jake Hammock, 31, a former U.S. Army captain, hired a company owned by the Nadels for a move from Washington D.C. to Salt Lake City last year. When he refused to pay sudden extra fees the company refused to deliver his belongings.

[More New York] NYC begins process to make Rikers Island into a public space »

"I did not have any furniture for the first 11 months," he said of his move. "I ended up having to buy another bed set"

"The furniture was finally delivered over an agreement through the courts," he added. "A few items never made it"

"They had my (Army) dress uniforms from previous years of service and that was one of the main items I wanted back," he added. "A stone mug from my deployment in Afghanistan was returned damaged."

[More New York] Former Cardinal Theodore McCarrick accused of molesting boy under new lawsuit »

The six companies owned by the Nadels misrepresented the number of moving trucks they registered through the U.S. Department of Transportation as well as the number of movers who would transport goods and the size of the vehicles, according to court papers.

"They had my stuff for about two months. The worst of it was the not knowing (what would happen)," said 47-year-old Angela Bynum, who hired one of the Nadels's companies, Moving State to State NY Inc., last year to help her relocate from Virginia to Washington.

inRead invented by Teads

Bynum said she was presented an initial quote of $4,800. But once her items were loaded in the moving truck, she was ordered to hand over an additional $3,000 in cash. When she refused, they threw her belongings in storage.

"(I called) them daily to find out where my stuff was, which they wouldn't tell me," Bynum said. "One of their 'customer service' reps wound up yelling at me on the day before Thanksgiving (that) she was the only one working and didn't have any answers for me."

MOST READ

Bronx boy's fatal collapse in school lunch line was a homicide caused by mother's slashing months before, ME says

Dwyane Wade defends son's appearance after family photo

Manhattan prosecutors drop all charges against rapper Remy Ma

She got her stuff back after two months after threatening legal action, she said.

"The defendants, together with others, quoted estimated charges for their moving services they had no intention of honoring," federal prosecutors claim in court papers.

The Nadels were charged Tuesday with conspiracy to defraud, conspiracy to commit wire fraud and four counts of making false statements. They were both released on $20,000 bond after their arraignment in Brooklyn Federal Court.

[More New York] Rudy Giuliani's Ukraine cronies expected to be hit with new charges »

The father and son owned and operated Around the Clock Moving Services, Direct Van Lines Services., State to State Moving NY, Green Peace Transportation, Moving State to State and State to State Moving Group, all based in Queens, according to prosecutors.

### Chelsia Rose Marcius
New York Daily News

 

Chelsia Rose Marcius is a staff reporter at the New York Daily News. She is also the author of Wild Escape: The Prison Break from Dannemora and the Manhunt that Captured America. When she's not out covering crime for the paper, Chelsia teaches aspiring young journalists at New York University.

### New Renderings Show What Historical Figures Actually Looked Like In Real Life
History101 | *Sponsored*

### Wrangler TrailRunner AT™ Tire
Starting at $119 - goodyear.com | *Sponsored*

### If you're going to shop at Costco on Black Friday, read this
Wikibuy | *Sponsored*

### Moments at the Royal Wedding You Didn't See on TV
Trading Blvd | *Sponsored*

### Dad Takes Photo Of Kid With Matthew Broderick, Failing To Notice Who's In The Background
BridesBlush | *Sponsored*

### Rihanna runs into 'legend' Paul McCartney: 'Who is this peasant filming this…
But where was Kanye?
NY Daily News

### If Stephen Hawking is right about Earth's end, keep an eye on the deer
Chicago Tribune