UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CORY HAMMOCK,

                        Plaintiff,

    v.

MOVING STATE TO STATE LLC, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, DIRECT VAN LINES SERVICES INC., AROUND THE CLOCK MOVING SERVICES INC., YARIN NADEL a.k.a. JOE MILLER a.k.a. JOE NADEL, MICHAEL NADEL a.k.a. MICKEY MILLER,

                        Defendants

1:18-CV-05628-SJ-ST

REQUEST FOR CERTIFICATE OF DEFAULT

---

TO:    DOUGLAS C. PALMER
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

       Please enter the default of defendants Yarin Nadel and Michael Nadel pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Tanner Bryce Jones, attorney for Plaintiff Cory Hammock.

Dated: July 24, 2020                                          Respectfully submitted,

                                                                 /s/ Bryce Jones
                                                                 T. Bryce Jones, Esq.
                                                                 **Anderson Kill P.C.**
                                                                 1251 Avenue of the Americas
                                                                 New York, NY 10020
                                                                 bjones@andersonkill.com