T. Bryce Jones, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
bjones@andersonkill.com

July 24, 2020

Hon. Steven Tiscione
Via ECF

Re:     Hammock v. Moving State to State LLC et. al

## Status Report

Dear Magistrate Judge Tiscione:

The Individual Defendants in this matter have been served pursuant to your Order and Plaintiff has applied for a Certificate of Default. Once that is issued we will expeditiously move for a default judgment against the Individual Defendants.

Respectfully,
/s/ Bryce Jones
T. Bryce Jones, Esq
Attorney for Plaintiff