UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORY HAMMOCK,

                         Plaintiff,                                      18-CV-05628-SJ-ST

      -    against  –                            **CERTIFICATE OF DEFAULT**

MOVING STATE TO STATE LLC, STATE TO
STATE MOVING NY INC, STATE TO STATE
MOVING GROUP LLC, DIRECT VAN LINES
SERVICES INC., AROUND THE CLOCK
MOVING SERVICES INC., YARIN NADEL
a.k.a. JOE MILLER a.k.a. JOE NADEL,
MICHAEL NADEL a.k.a. MICKEY MILLER,

                        Defendants.
-----------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Yarin Nadel and Michael Nadel have not filed any answer or otherwise moved with respect to the Complaint herein.  The default of Defendants Yarin Nadel and Michael Nadel is hereby noted pursuant to Rule 55(a)  of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 31, 2020

                                                        DOUGLAS C. PALMER, Clerk of the Court
                                                        By: ___*Jalitza Poveda*___
                                                                Deputy Clerk