# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX:  212-278-1733
www.andersonkill.com

Bryce  Jones, Esq.
bjones@andersonkill.com
212-278-1017

<u>*Via ECF*</u>  August 19, 2020

Hon. Steven Tiscione

      Re:    <u>Hammock v. Moving State to State LLC et. al</u>

      Mr. Hammock has decided that spending the funds to serve the corporate defendants via the Secretary of State would not be a worthwhile investment given the questions about the enforceability of any judgment. If plaintiff includes any corporate defendants in a Motion for Default, it will be based on Certificates of Default already issued for prior pleadings filed in this matter.

      /s/ Bryce Jones_____
      T. Bryce Jones, Esq
      Attorney for Plaintiff

BJ