T. Bryce Jones, Esq.
Anderson Kill P.C.
1251 6th Ave
New York, NY 10018
(212) 278-1017
bjones@andersonkill.com

October 9, 2020
Hon. Magistrate Judge Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Hammock v. Moving State to State, LLC et al.*,
               No. 1:18-cv-05628-SJ-ST: <u>Status Report</u>

    Plaintiff in this action has obtained a certificate of default for all non-responding defendants where the latest Amended Complaint has been served and does not wish to spend the additional funds to serve the latest Amended Complaint on the additional entities. Plaintiff understands that this will result in a dismissal against those entities where a Certificate of Default has not been obtained.

    Plaintiff shall file a Motion for Default expeditiously against all defendants in this matter against whom a Certificate of Default has been obtained.

                                           Respectfully,

                                           <u>/s/ T. Bryce Jones</u>
                                           *Counsel for Plaintiff*