T. Bryce Jones, Esq.
Jones Law Firm, P.C.
1270 Avenue of the Americas,
Seventh Floor
New York, NY 10020
(212) 258-0685
Bryce@joneslawnyc.com

November 23, 2021

Judge Rachel P. Kovner.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** *Hammock v. Moving State to State, LLC et al.*,
            No. 18 -05628: Status Report

      By Order dated November 8, 2021, the Court has directed us, counsel for the Plaintiff Corey Hammock, to file a brief status report with the Court. We plan to file an Amended Complaint and move for court-directed service of it by December 15, 2021.

Dated: New York, New York
       November 29, 2021

                                      Respectfully Submitted,

                                      /s/ Bryce Jones
                                      T. Bryce Jones, Esq.
                                      Jones Law Firm, P.C.
                                      1270 Avenue of the Americas,
                                      Seventh Floor
                                      New York, NY 10020
                                      (212) 258-0685
                                      bryce@joneslawnyc.com
                                      *Attorneys for Plaintiff*