February 11, 2022

**Jones**
Law Firm P.C

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **Re: Conflict in Scheduled Telephone Conference** *Hammock v. Moving State to State, LLC et al.*, **No. 18 Civ. 05628 (E.D.N.Y.)**

Judge Kovner:

      I represent the Plaintiff in the above-captioned action, for which there is a scheduled conference concerning the Fourth Amended Complaint this Monday, February 14, 2022, at 10:30 a.m. as Ordered on January 25, 2022.

      When calendaring this conference, my staff thought I would be able to make this conference even though I have an appearance in state court at 9:30 a.m. The staff assumed the appearance in state court was a video conference as every conference has been for the last two years during the pandemic. However, it is in fact jury selection in person in Richmond County (Staten Island).

      I apologize for the confusion, and I respectfully ask that the court schedule one of the following alternatives: February 15th, February 16th, or February 17th at 10:30 AM. I request that the Court adjourn the conference to one of these or a subsequent date if none is suitable. As the Court may remember, there is no opposing counsel and the question before the Court is whether to allow a Fourth Amended Complaint.

      In the alternative, co-counsel David Kasell, an attorney who is admitted in this Court, will file a notice of appearance, and he will be prepared to answer any questions the Court may have. He will have full authority to make any decisions or respond to any questions. Given that I have been with this particular client from the beginning of this case, I would prefer to be there for this conference, but I understand that federal courts have limited resources and extremely busy schedules.

      As always, I am grateful for your time.

Respectfully,

T. Bryce Jones, Esq.
Jones Law Firm, P.C.
1270 Avenue of the Americas,
Seventh Floor
New York, NY 10020
(212) 258-0685
bryce@joneslawnyc.com

*Attorneys for Plaintiff*