# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 16, 2022 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-18-5628 (RPK) |
| **NAME OF CASE(S):** | **HAMMOCK V. MOVING STATE TO STATE, LLC ET AL** |
| **FOR PLAINTIFF(S):** | Jones |
| **FOR DEFENDANT(S):** | Did not appear |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Plaintiff's letter request to file an amended complaint [62] is granted. Plaintiff shall file the Fourth Amended complaint by February 23, 2022. Service of the amended complaint on the individual defendants may be effectuated in the same manner the Court has approved for service of the Third Amended Complaint.