**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORY HAMMOCK, ANGELA BYNUM, and ANGIOLINA ULERIO-URBAEZ,<br><br>*Plaintiff,*<br><br>v.<br><br>MOVING STATE TO STATE LLC, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, DIRECT VAN LINES SERVICES INC., AROUND THE CLOCK MOVING SERVICES INC., GREEN PEACE TRANSPORTATION LLC, YARIN NADEL, and MICHAEL NADEL and UNKNOWNS 1-100,<br><br>*Defendants.* | 18 Civ. 05628 (SJ) (ST)<br><br>**AFFIDAVIT OF SERVICE** |

State of New York    )
County of Queens    ) ss.:

I, Waleed Bhatti, being duly sworn, depose and say:

    1.    I am over 18 years of age, and a paralegal of the law firm Jones Law Firm, P.C., attorneys for Plaintiffs Cory Hammock, Angela Bynum, and Angiolina Ulerio-Urbaez in this action.

    2.    On the 1st day of March, 2022, at approximately 3 PM, I served a true and correct copy of the Plaintiffs' Fourth Amended Complaint to Meir Moza, counsel for Defendant Yarin Nadel, by depositing a prepaid, properly addressed envelope to his service address in an official depository under the exclusive care and custody of the USPS.

Dated: March 1, 2022
        New York, New York

_____
Waleed Bhatti
Jones Law Firm, P.C.
1270 Avenue of The Americas, 7th Floor
New York, NY 10020
(212) 258-0685

Sworn before me this
1st day of March, 2022

_____
Notary Public
Tanner Bryce Jones
Notary Public-State of New York
No. 02JO6381224
My Commission Expires 10-01-2022

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Mineola, NY 11501     OFFICIAL USE

Certified Mail Fee  $3.75      0238
                                07
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $8.70

Total Postage and Fees  $12.45              03/01/2022

Sent To: Meir Moza, Law Offices of Meir Moza
Street and Apt. No., or PO Box No.: 217 Mineola Avenue
City, State, ZIP+4®: Mineola, NY 11501

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0000 0001 1607 3233