

*Law Offices of*

# Meir Moza & Associates

*ADMITTED NY & NJ

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

**VIA CM/ECF and FIRST CLASS MAIL**                    April 29, 2022

Hon. Steven L. Tiscione
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **RE:**   **Hammock et al. v. Moving State to State, LLC, No. 18 Civ. 05628 (RPK)
(SLT)**

To the Honorable Judge Tiscione:

     Our office represents the Defendant(s), Yarin Nadel and Corporate Entities, in connection with the above-referenced matter.

     On April, 27, 2022, counsel for the Plaintiff(s) had filed correspondence stating issues concerning discovery in connection with the above referenced matter. Said correspondence to your Honor is a complete misrepresentation by counsel regarding the exchange of discovery in the above referenced matter.

     On April 13, 2022 a conference was held between both parties in which Plaintiffs' counsel had stated that he would provide our office with a proposed order regarding discovery for this matter.

     Thereafter, since our office had not received any proposed orders from Plaintiffs' counsel regarding discovery on this matter, we had sent out an email correspondence to their office on April 19, 2022. It was on April 22, 2022 in which Plaintiffs' counsel had reached out to our office to discuss dates, but as a result of religious observance our office had been closed and Plaintiffs' counsel was advised to call our office on Monday, April 25, 2022 at 1:15 PM.

     Mr. Jones had his Off Counsel, Brian Lehman, call our office to discuss with one of our Paralegals the proposed dates for discovery. Upon our office staff providing Mr. Lehman with dates for proposed discovery, he began to berate and disparage our office staff, acting in a manner which is unprofessional and unprincipled. Counsel's blatant disregard and disrespect to



*Law Offices of*

## *Meir Moza & Associates*

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

our office staff was one that truly is unconscionable and unwarranted, as even at one point he had represented to our office staff that if discovery would not be done on dates which he had proposed to our office, prior to sentencing, he would proceed and advise his clients' to submit a victim report and complaint to the United States Attorney's Office against the Defendant and ensure that they were present during sentencing so that the Defendant can surely be sentenced to prison.

Shortly thereafter, Mr. Jones had reached out to our office to discuss and set proposed dates, as his Of Counsel was no longer welcomed to discuss this matter with any of our office staff for his blatant disrespect and disregard for the employees of our office, and during our conference our office had provided Mr. Jones with numerous dates, again, to file discovery demands.

In fact, each and every date provided to Mr. Jones for discovery was rejected due to the fact that he and his office, agin, are under the presumption that the Defendant is going to be sentenced to a prison term and they had wanted to dictate to our office what dates discovery should be done, again.

This Defeats the very essence and purpose of discovery pursuant to Federal Rules and Civil Procedure and, as Mr. Jones might be aware in his practice of law, the very fact that the Defendant in this matter has an ongoing criminal matter does not prejudice him, whatsoever, in any civil proceeding.

Counsel's request to the court to intervene with respect to discovery is disingenuous and a waste of judicial resources, since our office had provided him, and his of counsel, with numerous dates with respect to proposed discovery dates.

In fact, counsel's conduct has been nothing less than hostile, unwelcoming, and belligerent since the start of litigation and in our office's over twenty five years of practice we have yet to encounter counsel who is attempting to serve as both the Attorneys for the Plaintiff and magistrate for the Defendant in his pending criminal case.

In our office's long career of dealing with similar matter, we have yet to witness counsel(s) who already presume to know what a Federal Judge will adjudicate ahead of sentence and, who callously with impunity usurps the court's role in their unique honorable position to



*Law Offices of*
# Meir Moza & Associates

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

solely decide what the sentence should be and is. Attorneys for the Plaintiff seek to be usurping the role of advocate and Judge in this matter.

Emphatically, counsel's request to your Honor is a waste of judicial resources as on numerous occasions they have been provided with proposed dates from our office in connection with discovery. The real issue here is that Mr. Jones's Of Counsel has issues discussing the case with individuals who he sees as inferior to him, as a licensed attorney, and Mr. Jone's believes that he may dictate dates which he believes are proper for discovery because he is certain that this Defendant is going to be sentenced to a prison term.

Our office is more than welcome to provide Mr. Jone's with dates, again, so that we can preserve your Honor's and the Court's time. Our office thanks your Honor and the Court in advance for your indulgence in this matter.

Respectfully Submitted,

**MEIR MOZA, ESQ**
*Attorney for the Defendant(s)*