**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 4, 2022 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-5628 (RPK) |
| **NAME OF CASE(S):** | **HAMMOCK V. MOVING STATE TO STATE, LLC ET AL.** |
| **FOR PLAINTIFF(S):** | Jones |
| **FOR DEFENDANT(S):** | Moza |
| **NEXT CONFERENCE(S):** | **JULY 29, 2022 AT 10:00 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties shall complete paper discovery by July 4, 2022 and will make best efforts to depose Defendant Yarin Nadel by July 22, 2022.  The Court will hold a further telephone conference on July 29, 2022 at 10:00 a.m. Counsel for all parties must participate and shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8.  Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**