

*Law Offices of*
# Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

<u>**VIA CM/ECF and FIRST CLASS MAIL**</u>

July 26, 2022

Hon. Steven L. Tiscione
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE: Hammock et al. v. Moving State to State, LLC, No. 18 Civ. 05628 (RPK) (SLT); REQUEST FOR ADJOURNMENT**

To the Honorable Judge Tiscione:

Our office represents the Defendant(s), Yarin Nadel and Corporate Entities, in connection with the above-referenced matter.

Our office is hereby requesting an adjournment, on consent by all parties, in the above mentioned action, of the phone conference scheduled before your honor on July 29, 2022.

Said request is being made due to the fact that a personal emergency had arisen which requires me to travel overseas on said scheduled phone conference date.

Moreover, our office is requesting that your honor provide our office with a date in early September or late August so that we can appear accordingly for another phone conference, excluding the week of August 15, 2022 as opposing counsel is unavailable and any Jewish Holidays as our office observes said holidays.

Further, all parties have agreed and are requesting to extend time to serve discovery demands, replies, and conduct EBT scheduling in accordance with your honor's order in the prior conference.



## Law Offices of
## Meir Moza & Associates

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

**WWW.MOZALAW.COM**

Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.

Respectfully Submitted,

MEIR MOZA, ESQ
*Attorney for the Defendant*