UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORY HAMMOCK, ANGELA BYNUM, and
ANGIOLINA ULERIO-URBAEZ

                Plaintiff,                18-cv-05628-RPK-ST

  -     against  –                 **CERTIFICATE OF DEFAULT**

MOVING STATE OT STATE, LLC, STATE
TO STATE MOVING NY, INC., STATE TO
STATE MOVING GROUP, LLC, DIRECT
VAN LINES SERVICES, INC., AROUND
THE CLOCK MOVING SERVICES, INC.,
GREEN PEACE TRANSPORTATION,
YARIN NADEL, and MICHAEL NADEL and
UNKNOWNS 1-100,

                Defendants.
-----------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant MICHAEL NADEL has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant MICHAEL NADEL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      August 1, 2022

                              BRENNA B. MAHONEY, Clerk of the Court

                              By: ____*Jalitza Poveda*_____
                                     Deputy Clerk