

# Law Offices of
# Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

<u>VIA CM/ECF and FIRST CLASS MAIL</u>
Hon. Steven L. Tiscione, Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, NY 11722

December 15, 2022

RE: HAMMOCK ET AL. V. MOVING STATE TO STATE LLC., ET. AL
EDNY CASE NO. 18 Civ. 05628 (RPK) (SLT)

Dear Justice Kovner:

Our office represents the Defendant(s), Yarin Nadel and Corporate Entities, in connection with the above-referenced matter.

Our office received the courts order to provide counter statements pursuant to local rule 56.1 in reply to Plaintiffs' request for motion for summary judgment.

Our office is requesting the court to provide us with ten (10) days from the above date to provide us with sufficient time to prepare said statements.

Our office thanks the court for its indulgence in this matter.

Respectfully Submitted,



MEIR MOZA, ESQ
Attorney for the Defendant