UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

CORY HAMMOCK,

                         Plaintiff,

v.

MOVING STATE TO STATE LLC, NATALIE SCHMID, STATE TO STATE MOVING NY INC, STATE TO STATE MOVING GROUP LLC, MICKEY MILLER, and DOES 1-6

                         Defendants(s).

1:18-CV-05628-SJ-ST

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that T. Austin Brown, of Counsel attorney at Jones Law Firm, P.C., hereby enters his appearance on behalf of the PLAINTIFFS, in the above-entitled action. I am admitted or otherwise authorized to practice in this Court.

Dated: New York, New York
       January 30, 2023

/S/_____
T. Austin Brown, Esq.
Of-Counsel
**Jones Law Firm, P.C.**
1270 6th Avenue, Floor 7
New York, NY 10020
(212) 258-0685
austin@joneslawnyc.com

1